JENNIE HARRIS and BENJAMIN HARRIS, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— The plaintiff wife was a passenger on defendant's street car. As she attempted to alight, she claims that the doors closed suddenly behind her and that she was thrown into the street. The defendant says her story is improbable because of the mechanical devices that close the doors; and that the accident was caused by her slipping and falling on the ice when she was some distance from the car. Each party supported its theory by several witnesses; and the jury found a verdict for plaintiffs. There was denial by the trial justice of the defendant's motion to set aside the verdict and for a new trial; but the trial justice delivered an oral opinion in which he expressed doubt as to the justice of the verdict, and suggested that it would probably be reversed on appeal " if the appellate court can read this record and get the atmosphere that the trial court had." The trial justice was in the atmosphere of the trial and participated freely in the examination of witnesses. If, under the circumstances, he thought that the verdict was against the weight of evidence, he would have found *Zukas* v. *Lehigh Valley Coal Co.* (187 App. Div. 315, 319) applicable. A study of the record indicates that a fair question of fact was presented as to the place of the accident and the negligence of the defendant. Judgment affirmed, with costs. Hagarty, Carswell and Davis, JJ., concur; Lazansky, P. J., and Adel, J., dissent and vote for reversal and a new trial on the ground that the verdict of the jury is against the weight of the evidence.

JOSEPH HUBER, Respondent, v. MAX HORR and JOSEPH J. FROHNHOEFER, Appellants.— In an action on a guaranty of payment of a bond, which bond originally had been secured by a second mortgage, the lien of which was destroyed prior to the commencement of this action by judgment of foreclosure and sale in an action brought by the first mortgagee, order granting plaintiff's motion for summary judgment and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

In the Matter of the Application of AFFILIATED ENTERPRISES, INC., for an Order Directing HARRY BRANDT and LOUIS BRANDT to Appear before This Court and for Examination and Production of Books, Records and Papers in Their Custody. HARRY BRANDT and LOUIS BRANDT, Appellants; AFFILIATED ENTERPRISES, INC., Respondent.— Order granting application for an examination of appellants and the production of books and records to enable petitioner to frame a complaint affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.